AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

HUSSEIN S. HUSSEIN,

     Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: **3:06-CV-00710-LRH-RAM**

GLENN MILLER, et al.,

     Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Document #9) is GRANTED.


  February 27, 2008                            **LANCE S. WILSON**
                                                          Clerk


                                                  /s/ Katie Lynn Ogden
                                                         Deputy Clerk